UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-8521-BER

UNITED STATES OF AMERICA,

vs.

DANTE DUVAIL HALL,

Defendant.
_____/

FILED BY ___TM___ D.C.

Oct 20, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**UNOPPOSED MOTION TO APPOINT COUNSEL**

The defendant DANTE DUVAIL HALL, by and through undersigned counsel, respectfully files this motion for the Court to appoint undersigned counsel to represent the defendant in a matter pre-indictment.

1. The defendant is currently represented by undersigned counsel pursuant to the CJA act in Southern District of Florida case number 17-CR-80056. The defendant is alleged to have committed multiple violations of supervised release. One of the violations alleges that the defendant failed to refrain violating the law by being possession of a firearm on July 9, 2023.

2. Counsel for United States has notified undersigned counsel that the defendant may be indicted for his alleged unlawful possession of a firearm and ammunition on July 9, 2023.

3. While defending the violation of supervised release, counsel for the defendant has already reviewed the evidence relevant to the defendant's alleged possession of a firearm and ammunition occurring on July 9, 2023.

4. In the interest of judicial economy and because the violation of supervised release and the pending matter are interrelated, undersigned counsel is requesting to be assigned to this matter pre-indictment.

1

WHEREFORE, undersigned counsel respectfully requests appointment to the matter as CJA counsel related to the defendant's alleged possession of a firearm on July 9, 2023, to handle all pre-indictment and post-indictment matters.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed and served to all parties of record through the CM/ECF system this 20th day of October, 2023.

> Respectfully submitted,
>
> HERMAN LAW, P.A.
> Centurion Tower
> 1601 Forum Place, #201
> West Palm Beach, Florida 33401
> E-mail: Rherman@rhlawfl.com
> Telephone: (561) 720-2417

FOR THE FIRM:  /s/ Ron D. Herman
                Ron D. Herman
                FL Bar No. 0413161